IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOSEPH KNOX**                                                                                 **PLAINTIFF**

**v.**                      **Case No. 4:17-cv-00202 KGB**

**OTIS SAMUEL MAY, individually and in
his official capacity as a Dallas County
Arkansas Sheriff Deputy**                                                    **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 11). In the motion, the parties represent that plaintiff Joseph Knox agrees to dismiss with prejudice his claims against defendant Otis Samuel May, in his individual and official capacity as a Dallas County Arkansas Sheriff Deputy (*Id.*). The Court grants the motion, and Mr. Knox's claims in this action are dismissed with prejudice.

It is so ordered this the 10th day of January, 2018.

                                                            _____
                                                            Kristine G. Baker
                                                            United States District Judge